JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITNI LICHTENBERG, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORP., a Washington corporation, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 8:24-cv-00059-JWH-ADSx<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendant's Motion for Summary Judgment [ECF No. 27]" entered substantially contemporaneously herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. Fictitiously named Defendants Does 1-50 are **DISMISSED**.

3. The operative pleading is the Complaint [ECF No. 2-1] of Plaintiff Britni Lichtenberg.

4. Defendant Costco Wholesale Corporation shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Plaintiff Britni Lichtenberg.  Plaintiff Britni Lichtenberg shall take nothing by way of her Complaint.  This action is **DISMISSED**.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 14, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE